IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01914-BNB

CHRISTOPHER WEBB,

    Plaintiff,

v.

ADAMS COUNTY DETENTION,
SHANNON DENNINATION,
LIZ HARVEY,
DEBORAH HALFORD,
MEDICAL DEPARTMENT, and
JIM, Nurse Practitioner,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Christopher Webb, currently is detained at the Adams County Detention Facility in Brighton, Colorado. Mr. Webb, acting *pro se*, initiated this action by filing a Prisoner Complaint.

In an order entered on July 30, 2013, Magistrate Judge Boyd N. Boland directed Mr. Webb to cure certain deficiencies in his Complaint. Specifically, Magistrate Judge Boland directed Mr. Webb to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a current Court-approved form and provide a certified copy of his trust fund account statement for the six months immediately preceding the filing of this action. The July 30

Order instructed Mr. Webb to obtain the § 1915 form at www.cod.uscourts.gov with the assistance of his case manager or the facility's legal assistant.

Magistrate Judge Boland warned Mr. Webb that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  Rather than submit his request to proceed pursuant to § 1915 on a proper Court-approved form, Mr. Webb submitted three separate Declarations in Support of Request for Leave to Proceed In Forma Pauperis, ECF Nos. 6, 7, and 8.  Although Mr. Webb attached an account statement to the Declaration filed on August 7, 2013, the account statement is not certified.  Mr. Webb also does not indicate that he attempted to obtain the proper form but was denied the request by jail staff.

Mr. Webb now has failed to submit a request to proceed pursuant to § 1915 on a current Court-approved form and a certified account statement.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Webb files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  18th  day of    September    , 2013.

BY THE COURT:


   s/Lewis T. Babcock
   LEWIS T. BABCOCK, Senior Judge
   United States District Court